IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GULF FISHERMEN'S ASSOCIATION, *et al.*, | ) | CIVIL ACTION NO. |
| | ) | 2:16-cv-1271-JTM-KWR |
| Plaintiffs, | ) | |
| v. | ) | Section H |
| | ) | Honorable Jane Triche Milazzo |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | ) | |
| | ) | Division 4 |
| | ) | Magistrate Karen Wells Roby |
| Defendants. | ) | |
| | ) | |

## FINAL JUDGMENT

Having granted Plaintiffs' Motion for Summary Judgment and denied Defendants' Motion for Summary Judgment, the following Relief is hereby GRANTED:

1. Declaratory judgment that the Defendants violated the Administrative Procedure Act (APA) and Magnuson-Stevens Fishery Conservation and Management Act (MSA) by promulgating regulations and otherwise taking actions to implement the Fishery Management Plan for Regulating Offshore Aquaculture in the Gulf of Mexico. As set forth more fully in the Court's September 25, 2018 Order, Congress did not grant the Defendants authority to regulate aquaculture as fishing under the MSA, and therefore, the regulations and any actions taken in promulgating and pursuant to them are *ultra vires*.

2. Under the APA and MSA, all regulations, as finalized in 61 Fed. Reg. 1762-1800 (Feb. 16, 2017) and codified in 50 C.F.R. Parts 600 and 622, and all actions pursuant to such regulations are hereby VACATED as *ultra vires*.

Dated: November 2, 2018

Hon. Jane Triche Milazzo
United States District Court Judge